**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | April 30, 2013 |
| Court Reporter: | Janet Coppock | Probation: | Gary Kruck |

_____

Criminal Action No. 12-cr-00508-LTB          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Thomas O'Rourke
                                             Suneeta Hazra

     Plaintiff,

v.

1. GREGORY WILLIAM BELL,                     Saskia Jordan
                                             Cleo Rauchway

     Defendant.

_____

**SENTENCING**
_____

9:05 a.m.          Court in Session.

Defendant is present and on bond.

Also seated at Government's table: Government's witness, Benjamin Hopping and FBI Special Agent John Hause.

> Defendant plead guilty to Counts 1, 2, 3, 4, and admitted to the forfeiture allegation of the Information on February 5, 2013.

Statement by the Court regarding counsel's objections to the presentence investigation report.

The Court finds and concludes that there are 8 and not 10 victims, so the two-level increase will not be applied and the objections are sustained.

The Court finds and concludes that the joint objection as to whether Defendant's conduct jeopardized the safety and soundness of the financial institution for which Defendant worked is sustained. The four-level offense increase is not applied.

Discussion between the Court and counsel regarding restitution. The Court will proceed to sentencing and set an evidentiary hearing regarding restitution at a later date.

9:31 a.m.      Statements and argument by Ms. Jordan.

9:50 a.m.      Statement by Defendant's sister, Carrie Mullen.

9:55 a.m.      Argument by Mr. O'Rourke.

10:04 a.m.     Statement by Larry Johnson, a son of a victim.

10:06 a.m.     Statement by Defendant.

10:10 a.m.     Comments and rulings by the Court.

**ORDERED**: Defendant's Motion for a Non-Guidelines Sentence [Doc. No. 18, filed April 16, 2013] is GRANTED IN PART.

**ORDERED**: Government's Motion for Departure [Doc. No. 19, filed April 16, 2013] is GRANTED.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Gregory William Bell, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months as to each count, to run concurrently.

Court recommends that the Bureau of Prisons place Defendant at FCI Englewood.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years as to each count, to run concurrently.

**ORDERED**: Conditions of Supervised Release:
    (X)    Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
    (X)    Defendant shall not commit another federal, state or local crime.
    (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
    (X)    Defendant shall comply with standard conditions as adopted by the Court.
    (X)    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED

because the Presentence Report indicates a low risk of future substance abuse by Defendant.

(X)     Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:

(X)     Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X)     As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(X)     Defendant shall not be employed in a fiduciary position without prior permission by the Court.

(X)     Any employment for the defendant shall be approved in advance by the supervising probation officer. The defendant shall permit contact between the probation officer and his employer(s), including, but not limited to, full-time, part-time, temporary, and contract employment.

(X)     Defendant shall submit to financial monitoring by, or at the direction of, the probation officer.

(X)     Defendant shall document all income or compensation generated or received from any source and provide such information to the probation officer as requested.

(X)     Defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.

(X)     Defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.

**ORDERED**:   Defendant shall pay a special assessment of $100.00 as to each count, for a total of $400.00, which is due and payable immediately.

**ORDERED**:   No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**:   The Court finds that the Defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.

**ORDERED**:   Government shall file a brief regarding restitution on or before **May 14, 2013**. Defense counsel shall file a response on or before **May 28, 2013**,

setting out what is contested and why, in light of the Government's brief.

**ORDERED**: This Sentencing Hearing is continued to **Monday, June 17, 2013 at 9:00 a.m.,** where the Court will hear evidence regarding restitution.  Mr. Kruck and Defendant shall be present at this hearing.

**ORDERED**: Government shall submit a motion and proposed order regarding the forfeiture aspect of the case.

Court finds that defendant is not likely to flee or be a danger to himself or others and it is **ORDERED** that BOND IS CONTINUED.  The Court defers setting the date of report.

10:44 a.m.    Court in Recess.
Hearing continued.
Time:  1:39