**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 12-cr-00508-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     GREGORY WILLIAM BELL,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that the sentencing hearing regarding Defendant Bell on the restitution issues is continued to **Monday, June 17, 2013 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1901 Stout Street, Courtroom C-401, Denver, Colorado. Defendant must be present.

       Government shall file a brief regarding restitution **on or before May 14, 2013**. Defense counsel shall file a response **on or before May 28, 2013**, setting out what is contested and why, in light of the Government's brief.

Dated: May 1, 2013