IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00508-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

GREGORY WILLIAM BELL

  Defendant.

_____

PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT GREGORY WILLIAM BELL
_____

  THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Gregory William Bell pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised finds:

  On December 5, 2012, an Information was filed which charged defendant Gregory William Bell in Counts One through Four with violations of 18 U.S.C. § 1005 (false bank entries), 18 U.S.C. § 656 (bank misapplication), 18 U.S.C. § 1344 (bank fraud), and 18 U.S.C. § 1956(a)(1)(B)(i) (money laundering)

  On February 5, 2013, the United States and defendant Bell entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 982(a)(1) and (a)(2), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $235,000.00 is subject to forfeiture as proceeds obtained by defendant Bell through commission of the offenses in Counts One through Four for which he has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Bell in the amount of $235,000.00 shall be entered in accordance with 18 U.S.C. § 982(a)(1) and (a)(2). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this  1st  day of   May  , 2013.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK
U.S. District Court Senior Judge